

LF–97A (rev. 04/01/22)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov
Division: Miami

Case Number: 19-25013-LMI

Chapter: 13

In re:

**Name of Debtor(s):** Eduardo M Interian

_____/

**DEBTOR'S CERTIFICATE OF COMPLIANCE,
MOTION FOR ISSUANCE OF DISCHARGE AND
NOTICE OF DEADLINE TO OBJECT**

**NOTICE OF TIME TO OBJECT**

Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service of this motion shall, pursuant to Local Rules 4004-3(A)(3) and 9013-1(D), be deemed to have consented to the entry of an order of discharge.

The debtor(s)*, _Eduardo M. Interian_, in the above captioned matter certifies as follows:

1. The chapter 13 trustee has issued a Notice of Completion of Plan Payments on _9/11/2023_. The debtor is requesting the court issue a discharge in this case.

2. The debtor has completed an instructional course concerning personal financial management described in 11 U.S.C. §111 and proof of completion of the course was filed with the court on _1/6/20_.

3. Compliance with 11 U.S.C. §101(14A):

    _X_ A. The debtor has not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) either before this bankruptcy was filed or at any time after the filing of this bankruptcy,

    **OR**

---

* All further references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals, unless any information is noted as specifically applying to only one debtor.

013454    75619013467010

LF-97A (rev. 04/01/22)

_____ B. The debtor certifies that as of the date of this certification, the debtor has paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. §101(14A), required by a judicial or administrative order or by statute, including amounts due before, during and after this case was filed. The name and address of each holder of a domestic support obligation is as follows:

_____
_____
_____
_____

4. The debtor's mailing address for receipt of court notices is as follows: [Note: Providing an updated debtor address here constitutes a change of address pursuant to Local Rule 2002-1(G). No separate Notice of Change of Address is required to be filed.]

*No change*

5. The name and address of the debtor's most recent employer is as follows:

*No change*

6. The following creditors hold a claim that is not discharged under 11 U.S.C. §523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524(c):

*N/A*

7. Compliance with 11 U.S.C. §1328(h):

__X__ A. The debtor has **not** claimed an exemption under §522(b)(3) in an amount in excess of $189,050* in property of the kind described in §522(q)(1) [generally the debtor's homestead];

OR

_____ B. The debtor **has** claimed an exemption under §522(b)(3) in an amount in excess of $189,050* in property of the kind described in §522(q)(1) but there is no pending proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

013454                                            75619013467029

LF–97A (rev. 04/01/22)



8. The debtor has not received a discharge in a case filed under chapter 7, 11, or 12 during the 4 year period preceding the filing of the instant case or in a case filed under chapter 13 during the 2 year period preceding the filing of the instant case.

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

_____
Debtor, Eduardo M Interian

## CERTIFICATE OF SERVICE

Attach or file separately a Local Rule 2002–1(F) certificate of service reflecting manner and date of service on parties in interest.

If the Debtor is appearing pro–se, the clerk's office will serve this Certificate and Motion.

013454      75619013467029

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Eduardo M Interian                                Case No.: 19-25013-LMI
                                                           Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Certificate of Compliance, Motion for Issuance of Discharge, and Notice of Deadline to Object was sent to all parties on the attached service list on September 22, 2023.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Eduardo M Interian
1853 SW 3rd Street
Miami, FL 33135-1903

All Creditors on the Matrix

                                               Respectfully Submitted:
                                               **JOSE A. BLANCO, P.A.**
                                               By: _/s/ Jose A. Blanco_  | FBN: 062449
                                               Attorney for Debtor(s)
                                               102 E 49th ST
                                               Hialeah, FL 33013
                                               Tel. (305) 349-3463

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 19-25013-LMI<br>Southern District of Florida<br>Miami<br>Fri Jul 21 07:19:17 EDT 2023 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| World Omni Financial Corp.<br>Tripp Scott, PA<br>c/o H Michael Solloa, Jr., Esq.<br>110 SE 6 ST., 16 Floor<br>Fort Lauderdale, FL 33301-5000 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Cbna<br>Attn: Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank North America<br>Citibank Corp/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citibank/Sears<br>Attn: Bankruptcy<br>Po Box 6275<br>Sioux Falls, SD 57117-6275 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/El Dorado Furniture<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/TSA<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitycapital/bjsclb<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| First Electronic Bank<br>Attn: Bankruptcy<br>Po Box 521271<br>Salt Lake City, UT 84152-1271 | (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | Fla Auto Fin<br>3212 E 4th Avenue<br>Hialeah, FL 33013-3213 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Paragon Contracting Service, LLC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Regions Bank<br>Attn: Bankruptcy<br>Po Box 10063<br>Birmingham, AL 35202-0063 | Regions Bank<br>Consumer Collections     BH40402B<br>P. O. Box 10063<br>Birmingham, AL 35202-0063 |
| Regions Bankcard<br>Attn: Bankruptcy<br>Po Box 830590<br>Birmingham, AL 35283-0590 | Syncb/hhgreg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/BRMart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | World Omni Financial Corp<br>Attn: Bankruptcy<br>Po Box 991817<br>Mobile, AL 36691-8817 |
| World Omni Financial Corp.<br>c/o H. Michael Solloa, Jr.<br>110 SE 6th Street, Suite 1500<br>Fort Lauderdale, FL 33301-5039 | Eduardo M Interian<br>1853 SW 3rd Street<br>Miami, FL 33135-1903 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |
| Robert Sanchez Esq<br>355 W 49th St<br>Hialeah, FL 33012-3715 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions,LLC<br>Atlas Acquisitions LLC<br>492C Cedar Lane<br>Ste 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 |

```
First Nataional Bank/Legacy            Jefferson Capital Systems LLC
Attn: Bankruptcy                       Po Box 7999
Po Box 5097                            Saint Cloud Mn 56302-9617
Sioux Falls, SD 57117
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                               (d)World Omni Financial Corp.        End of Label Matrix
                                       Attn: Bankruptcy                     Mailable recipients    51
                                       Po Box 991817                        Bypassed recipients     2
                                       Mobile, AL 36691-8817                Total                  53
```